IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

GEORGE E. BROWN, #137 766           *

    Plaintiff,                  *

    v.                          *          2:11-CV-390-TMH
                                              (WO)
RICHARD ALLEN, *et al.*,            *

    Defendants.                 *

_____

# O R D E R

The Magistrate Judge entered a Recommendation (Doc. #11) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted.  Accordingly, it is

ORDERED that the Recommendation (Doc. #11) of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice.

A separate judgment shall issue.

Done this 19th day of October, 2011.

                                                         /s/ Truman M. Hobbs
                                                         _____
                                                          UNITED STATES DISTRICT JUDGE