IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| GEORGE E. BROWN, #137 766 | * | |
| Plaintiff, | * | |
| v. | * | 2:11-CV-390-TMH |
| | | (WO) |
| RICHARD ALLEN, *et al.*, | * | |
| Defendants. | * | |

_____

# O R D E R

The Magistrate Judge entered a Recommendation (Doc. #11) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #11) of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice.

A separate judgment shall issue.

Done this 19th day of October, 2011.

/s/ Truman M. Hobbs
_____
UNITED STATES DISTRICT JUDGE