IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

GEORGE E. BROWN, #137 766      *

    Plaintiff,      *

    v.      *      2:11-CV-390-TMH
                                                       (WO)

RICHARD ALLEN, *et al*.,      *

    Defendants.      *

_____

## JUDGMENT

In accordance with the prior proceedings, opinions and orders of the Court, it is

ORDERED and ADJUDGED that judgment is entered in favor of Defendants.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 19th day of October, 2011.

                                          /s/ Truman M. Hobbs
                                          _____
                                          UNITED STATES DISTRICT JUDGE